AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

```
___FILED        ___RECEIVED
___ENTERED      ___SERVED ON
                COUNSEL/PARTIES OF RECORD

        MAR - 5 2013

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

| United States of America | ) | |
| v. | ) | Case No.  2:13-cr-060-MMD-GWF |
| OWEN DUNSON, | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A continued detention hearing on the Government's Motion to Detain in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>**Before the Honorable Magistrate Judge Robert A. McQuaid** | Courtroom No.: | 3C |
| | | Date and Time: | Thursday, March 7, 2013<br>at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   Mar 5, 2013

_____
*Judge's signature*

ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*