

FILED

JUL - 9 2013

CLERK U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY                              DEPUTY

1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                        **DISTRICT OF NEVADA**
8    UNITED STATES OF AMERICA,              )
                                            )
9                      Plaintiff,           )
                                            )
10            v.                            )   2:13-CR-060-APG-(VCF)
                                            )
11   OWENS DUNSON,                          )
                                            )
12                     Defendant.           )
     _____    )
13

14                  **PRELIMINARY ORDER OF FORFEITURE**

15          This Court finds that on July 9, 2013, defendant OWENS DUNSON pled guilty to Count

16   Three of a Four-Count Criminal Indictment charging him with Felon in Possession of a Firearm in

17   violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 1; Change of Plea,

18   ECF No. ___; Plea Agreement, ECF No. ___.

19          This Court finds defendant OWENS DUNSON agreed to the forfeiture of the property set

20   forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Indictment, ECF

21   No. 1; Change of Plea, ECF No. ___; Plea Agreement, ECF No. ___.

22          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

23   has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

24   Allegation of the Criminal Indictment and the offense to which defendant OWENS DUNSON pled

25   guilty.

26

1    The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

2  924(d)(1) and Title 28, United States Code, Section 2461(c):

3         1.  a Browning Hi-Power, 9 mm semiautomatic firearm, serial number 245NY74210;

4             and

5         2.  any and all ammunition ("property").

6    This Court finds the United States of America is now entitled to, and should, reduce the

7  aforementioned property to the possession of the United States of America.

8    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

9  United States of America should seize the aforementioned property.

10    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

11  OWENS DUNSON in the aforementioned property is forfeited and is vested in the United States of

12  America and shall be safely held by the United States of America until further order of the Court.

13    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

14  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

15  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

16  time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

17  name and contact information for the government attorney to be served with the petition, pursuant to

18  Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

19    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

20  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

21    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

22  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

23  following address at the time of filing:

24         MICHAEL A. HUMPHREYS
           Assistant United States Attorney
25         Lloyd D. George United States Courthouse
           333 Las Vegas Boulevard South, Suite 5000
26         Las Vegas, Nevada 89101.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3  following publication of notice of seizure and intent to administratively forfeit the above-described

4  property.

5    DATED this 9th day of July, 2013.

6

7

8    _____

9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26