RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Owens Dunson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>OWENS DUNSON,<br><br>        Defendant. | Case No. 2:13-cr-00060-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

      IT IS HEREBY STIPULATED AND AGREED between United States Attorney Dayle Elieson and Assistant United States Attorney Daniel J. Cowhig, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia A. Irvin, counsel for the Defendant Owens Dunson, that the Revocation Hearing currently scheduled on December 21, 2018, at 11:00 a.m., be vacated and continued to January 25, 2018, at 11:30 a.m..

      This Stipulation is entered into for the following reasons:

      1.    A Petition alleging Mr. Dunson violated his conditions of supervised release was filed under seal before this Court.

      2.    On November 30, 2018, Mr. Dunson had his initial appearance on that Petition the Court ordered he be detained. ECF No. 94.

3. As the Court is aware, an Addendum to the Petition was filed alleging additional and, thus far, uncharged violations. Defense counsel asks the Court for more time to prepare for the hearing, to prepare any defenses that Mr. Dunson may have, and to continue negotiations with the Government.

4. The parties agree to the continuance.

5. Defense counsel has consulted with Mr. Dunson and he agrees to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 18th day of December, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By */s/ Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender<br>Attorney for Defendant Owens Dunson | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00060-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| OWENS DUNSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, December 21, 2018 at 11:00 a.m., be vacated and continued to January 25, 2019, at the hour of 11:30 a.m.; or to a time and date convenient to the Court.

DATED this 20th day of December, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE